NOVEMBER 29, 1999

No. 99–613. GEORGE ET UX. *v.* CITY OF MORRO BAY ET AL. C. A. 9th Cir. Certiorari dismissed as to Santa Lucia National Bank under this Court's Rule 46.1.

No. 99–6310. BABA *v.* JAPAN TRAVEL BUREAU INTERNATIONAL, INC., ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. D–1961. IN RE DISBARMENT OF WEISSER. Motion for reconsideration of order of disbarment [*ante,* p. 801] denied.

No. D–2099. IN RE DISBARMENT OF HERNANDEZ. Disbarment entered. [For earlier order herein, see 527 U. S. 1057.]

No. D–2102. IN RE DISBARMENT OF EAGLE. Disbarment entered. [For earlier order herein, see *ante,* p. 801.]

No. D–2122. IN RE DISBARMENT OF ARNOLD. Robert R. Arnold, of Wichita, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.